FILED
2023 Mar-10  PM 12:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se General Complaint for a Civil Case (Rev.10/16)

# United States District Court
## for the
### NORTHERN DISTRICT OF ALABAMA

2023 MAR -9  P 4: 11

U.S. DISTRICT COURT
N.D. OF ALABAMA

_KENYON McCALL_

**Plaintiff**
*(Write your full name. No more than one plaintiff may be named in a pro se complaint)*

v.

_GEORGE MATTHEWS II_
_New Life Interfaith Ministries Inc_
_See Attachment page 18 thru 21_
_See Constructive Notice of Conditional Acceptance_

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)*

Case No.: _2:23cv291-SGC_
(to be filled in by the Clerk's Office)

JURY TRIAL  ☒ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

**I.    The Parties to This Complaint**

**A.    The Plaintiff**
Name _KENYON McCALL_
Street Address _1621 8th Ave N_
City and County _Besemer AC, Jefferson_
State and Zip Code _AL — 35020_
Telephone Number _305 966-1599_

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. If you are suing an individual in his/her official capacity, include the person's job or title. Attach additional pages if needed.

Page 1 of 7

Pro Se General Complaint for a Civil Case (Rev.10/16)

**Defendant No. 1**
Name                    *See Attachment 1. B. Pages 18/21*
Job or Title                                  *18/21*
Street Address
City and County
State and Zip Code

**Defendant No. 2**
Name                    *See Attachment 1. B. Pages*
Job or Title                                  *18/21*
Street Address
City and County
State and Zip Code

**Defendant No. 3**
Name                    *See Attachment 1. B. Pages*
Job or Title                                  *18/21*
Street Address
City and County
State and Zip Code

**Defendant No. 4**
Name                    *See Attachment 1. B. Pages*
Job or Title                                  *18/21*
Street Address
City and County
State and Zip Code

Pro Se General Complaint for a Civil Case (Rev.10/16)

Defendant No. 5
    Name           *See Attachment I, B, Pages 18/21*

    Job or Title

    Street Address

    City and County

    State and Zip Code

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only these types of cases can be heard in federal court: a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Constitutional or Federal Question  ☐ USA Defendant  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction is USA defendant

The Defendant(s)

Name of Agency _____

Address _____

### B.    If the Basis for Jurisdiction is a Constitutional or Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*See Attachment II, B, Page 21 & 22*

Page 3 of 7

**C.**   **If the Basis for Jurisdiction is Diversity of Citizenship**

1.   The Plaintiff

The plaintiff, *(name)*_____, is a citizen of the
State of *(name)*_____.

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)*_____, is a citizen of the
State of *(name)*_____. Or is a citizen of
*(foreign nation)* _____.

b.   If the defendant is a corporation

The defendant, *(name)*_____, is incorporated under
the laws of the State of *(name)*_____, and has its
principal place of business in the State of *(name)*_____.

Or   is   incorporated   under   the   laws   of   *(foreign   nation)*
_____, and has its principal place of
business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional
page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy – the amount the plaintiff claims the defendant
owes or the amount that is at state – is more than $75,000, not counting
interest and costs of court, because: *(explain)*

$ 1.621,000,000.00 _____

_____

_____

**III.   Statement of Claim**

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

SEE ATTACHMENT PAGE 21&22 III

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

SEE ATTACHMENT PAGE 22&23 IV

Pro Se General Complaint for a Civil Case (Rev. 10/16)

## V.     Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name _Kenyon_ _____ Last Name _McCall_ _____

Mailing Address _1621 5th Ave North_ _____

City and State _Prescott  Alabama_ _____ Zip Code _35020_ ____

Telephone Number _205 966-13_ _____

E-mail Address _____

Signature of plaintiff _____

Date signed _3/9/202_ _____

## **OPTIONAL**

You may request to receive electronic notifications. You <u>may not</u> file documents or communicate with the court electronically. All documents must be submitted in <u>paper</u> and you must serve the defendants.

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at www.pacer.gov

Pro Se General Complaint for a Civil Case (Rev.10/16)

- You will receive one "free" look of the document. Documents must be viewed within 14 days. You must only single-click on the hyperlink to view.

**Note: You must promptly notice the Clerk's Office, in writing, if there is a change in your designated e-mail address. Failure to update your email address does <u>not</u> excuse failures to appear or timely respond.**

E-mail type:

    ☒ HTML – Recommended for most e-mail clients

    ☐ Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

Conditioned upon the sufficiency of your electronic equipment which the court will test and verify receipt, you will be allowed to receive electronic notifications.

By submitting this request , the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Rule 5(b)(2) of the Federal Rules of Civil Procedure, except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice will allow one free look at the document, and any attached .pdf may be printed or saved.

IMPORTANT:

Messages sent to Yahoo or AOL accounts are frequently found in the spam folder until the court is added to your address book.

E-mail address designated for noticing:

KTERMA/[[[][[(A[[)@/[[M[[_C[M

Participant signature: _____

Date: _____

**THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES**
**NOTICE TO AGENT IS NOTICE TO PRINCIPAL --- NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

# CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE

March 8, 2023

**Plaintiff:**

Kenyon McCall
1621 8th Avenue North
Bessemer, Alabama 35020
Non-Domestic without the US

**Defendants:**

| | |
|---|---|
| The name of the owner(s) of the proprietor of the said property is the New Life Interfaith Ministries, Inc. is, George Matthews, II and other claimed business partners and memberships unknown, (1600 8Th Avenue North, Bessemer, Alabama 35020). | Attorney Michael B. Odom, Esq. Haskell Slaughter (1400 Park Place Tower 2001 Park Place North Birmingham, Alabama 35203). |
| Eugene Victor Fortinberry ("Fortinberry") and Fortinberry Associates Architects, P.C, ("Fortinberry Associates") 300 Vestavia Parkway 35216 | Attorney John M. Laney, Attorney Roger C. Foster, Esq, & Laney & Foster Esq. (P.O. Box 43798 Birmingham, Al 35243-3798) and Attorney Roger C. Foster, Esq, Laney & Foster Esq. (P.O. Box 43798 Birmingham, Al 35243-3798) |
| Bessemer City Civil Engineer Ronald Gilbert (1930 2nd Avenue North, Bessemer Alabama 35020) | Attorney J. Thomas Burgess, Esq. Smith, Spires & Peddy, P.C (2015 2nd Ave N., Suite 200 Birmingham Alabama 35203) |
| Tom Harmon Bessemer Department of Building Inspections (1700 3rd Avenue North, Bessemer, Alabama 35020 | Robert Shannon Paden, Bessemer City Attorney Paden &Paden, P.C Attorneys at Law (1826 3rd Ave N Ste 200 Bessemer, Al 35020) |

Stabridg Construction, (2879 Alton Way Irondale, Alabama 35020)

Attorney Joe Peddy, Esq. Smith Spires & Peddy, P.C. (2015 2nd Ave N., Suite 200 Birmingham Alabama 35203)

Tod A. Green, P.E., of Hill Engineering Group, P.C. 1550 Wds of Rvrchs Dr #100 Hoover, Alabama 35244-2928

Alabama State Board of Licensure for Professional Engineers and Land Surveyors (100 N. Union Street, Suite 382 Montgomery, Alabama 36104-3762)

Board of Architects, (100 N Union St. #390 Montgomery, Alabama 36130-4450)

Bessemer mayor Kenneth Gulley, (1700 Third Avenue N. Bessemer, Al 35020).

Bessemer police chief Mike Roper, (23 15th Street North Bessemer, Al 35020)

Bessemer police lieutenant Kenneth Reese (23 15th Street North Bessemer, Al 35020)

Bessemer officer Harold Price (23 15th Street North Bessemer, Al 35020)

Bessemer officer Slater (23 15th Street North Bessemer, Al 35020)

Birmingham officer Davenport formally of Bessemer Police Department. (23 15th Street North Bessemer, Al 35020)

Jarvis Collier Bessemer City Councilman District 1, (1700 Third Avenue north, Bessemer Alabama, 35020).

Attorney John Collins, (517 19th St. Bessemer, AL 35020)

Jennifer Kelly Wilson, Ph. D. Certified Forensic
Examiner and Clinical Psychologist, Alabama
License #2000, Certified Forensic Examiner
#137

Edward May II, 310 Richard Arrington, Jr. Blvd
Birmingham, Alabama 35203

Bessemer Judge Annetta Verin, State of
Alabama Circuit Court, 10th Judicial Court 1801
3rd Avenue North #708, Bessemer, Alabama

Bessemer Judge Eugene Verin, Jefferson Court
House 1801 3rd Avenue North #708,
Bessemer, Alabama

Sheriff Mark Pettway, 2200 Reverend
Abraham Woods Jr Boulevard, Birmingham,
Alabama 35203

Judge Lynneice Washington, 1851 Second
Avenue North, Suite 110 Bessemer, Alabama
35020

Environmental Protection Agency
Region 4
Sam Nunn Atlanta Federal Center
61 Forsyth Street, SW
Atlanta, GA 30303-8960

**The Plaintiffs reserve the right to add
or remove Defendants.**

Re:   **COMPLAINT FOR PERMANENT INJUNCTION AND OTHER RELIEF,
CASE/ACCOUNT #**

**Dear GENTLEMEN:**

This is a, Complaint for Permanent Injunction and Other Relief, hereinafter "COMPLAINT",
dated March 8, 2023, the originals, are enclosed herewith.  As the Secured Party Creditor, and
the holder of security interest in any and all real and personal property and the proceeds
therefrom, registered to, associated with, in the possession of, or under the management of,
Vanessa McCall, and Kenyon McCall our alleged claims and/or requests prejudice our rights,
titles, and interests in regards to. In order for you to provide us with a remedy a bona fide and
verified claim must be presented. This lien is claimed, jointly and severally, as to all parties
involved; financial accounts, assets, stocks, bonds, all real properties, insurance both the
building and improvements thereon, and the said land. That said lien is claimed secure an
indebtedness of $1,621,000,000.00 with interest, from December 2006 to wit the present
date, last date of recorded damages.

Therefore, we are conditionally accepting your offer for injunction and other relief, upon proof of
claim that:

(1) there is a defect in the instrument tendered and enclosed herewith, Private Bonded
Promissory Note # _____, hereinafter "INSTRUMENT".

(2) the INSTRUMENT is not sufficient to set-off, settle, and discharge any and all outstanding
obligations, duties, and/or liabilities alleged and attributed to Vanessa and Kenyon McCall.

(3) the INSURMENT may be amended to add or remove respondents.

You have twenty-one (21) days from receipt of this **Constructive Notice of Conditional Acceptance**
and the enclosed **Affidavit of Specific Negative Averment**, hereinafter "AFFIDAVIT", to respond on a
point-by-point basis, via sworn affidavit, under your full commercial liability, signing under penalty of
perjury that the facts contained therein are true, correct, complete and not misleading. Mere
declarations are an insufficient response. If an extension of time is needed to properly answer, please
request it in writing. Failure to respond will be deemed agreement with the facts stated in the
enclosed AFFIDAVIT and an inability to prove your claim.

The INSTRUMENT is being tendered in good faith, for the set-off and/or discharge of any and all
alleged obligations, duties, or liabilities attributed to Kenyon McCall, thereby protecting and
preserving all my rights, titles, interests, and remedies regarding any and all property, registered to,
associated with, in the possession of, or under the management of Kenyon McCall. Take notice of the
**Pre-Offset Notice For Balanced Book Adjustment**, enclosed herewith, it may contain significant
information regarding your duties as the holder in due course and your obligation to exercise
ordinary care with regards to the INSTRUMENT.

4

Executed in United States District Court for the Northern District of Alabama this eight Day of the third month in the year of our Lord, two-thousand and twenty-three.   Witness my hand and seal.

Kenyon McCall
1621 8th Avenue North
Bessemer, Alabama 35020
Non-Domestic without the US

**Please direct responses to third party witness:**

_____

_____

_____

Enclosure(s):

    (1) Affidavit of Specific Negative Averment dated March 8, 2023 (9 pages);

    (2) Pre-Offset Notice For Balanced Book Adjustment dated March 8, 2023(1 page);

    (3) Complaint for Permanent Injunction and Other Relief dated March 8, 2023 (21 pages);

    (4) Complaint for Permanent Injunction and Other Relief dated March 8, 2023 (21 pages);

    (5) Complaint for Permanent Injunction and Other Relief dated March (21 pages); and

    (6) Notary's Certificate of Service dated _____ ____, 2023 (1 page)

    (7) Attachments dated March 8, 2023 (6 pages)

> **NOTICE:  THIS DOCUMENT IS NOT INTENDED TO THREATEN, HARASS, HINDER OR OBSTRUCT ANY LAWFUL OPERATIONS.  IT IS FOR THE PURPOSES OF OBTAINING LAWFUL REMEDY AS IS PROVIDED BY LAW.**

**TO**:   GREGORY J. FAUKER
c/o U.S. DEPARTMENT OF JUSTICE
POST OFFICE BOX 7238
BEN FRANKLIN STATION
WASHINGTON, D.C. 20044

**FROM**: Kenyon McCall
1621 8th Avenue North
Bessemer, Alabama 35020
Non-Domestic without the US

**DATE**: March 8, 2023

## PRE-OFFSET NOTICE FOR BALANCED BOOK ADJUSTMENT

**NOTICE**:       **THIS DOCUMENT IS NOT INTENDED TO THREATEN, HARASS, HINDER OR OBSTRUCT ANY LAWFUL OPERATIONS.  IT IS FOR THE PURPOSES OF OBTAINING LAWFUL REMEDY AS IS PROVIDED BY LAW**

The enclosed Statute Staple Securities Instruments are tendered to you for the purpose of balanced book adjustment as legal tender to lower and reduce the UNITED STATES national debt. The Undersigned understands the complexity of following this procedure. The "Code" is effectively in place to save and protect the monetary system of this country. If and when non-accreditation occurs, the economy and monetary system of the country will certainly collapse. That is the complexity and importance of honoring this procedure.

**U.S.C. TITLE 12, CHAPTER 2 – NATIONAL BANKS** authorizes the procedure. If you don't understand this procedure, please research the US Code for clarity or seek competent legal counsel. You should understand that in Title 12 U.S.C. § 371b-2(c), the Code defines "Exposure" to include all extensions of credit regardless of name and description. This procedure is intended for all of the people of the United States of America. Non-accreditation will result in a serious error and injury against the INTERNAL REVENUE SERVICE and the Principal Secured Party Creditor.  This will cause a miscalculation upon the FEDERAL RESERVE Accountant Balanced Book and will require a filing of the proper IRS forms for collection of these funds. This adjustment may be completed by JANET YELLOW, SECRETARY OF THE UNITED STATES DEPARTMENT OF THE TREASURY, who is my duly appointed fiduciary agent.

As you are well aware, lawful money no longer exists in our economic system. This was replaced by FEDERAL RESERVE "Notes" which are, in effect, promissory notes. This procedure to allow offset of debt is the proper legal remedy that has been provided for us to discharge debt, since the money was removed by the U. S. Corporate Government. This is a debt obligation of the UNITED STATES. Please use this procedure to offset any bills that I present by balanced book adjustment, settlement in full, discharge of all presentments, and return all interest to the principal. The designated Fiduciary Agent _____, is authorized to adjust, from this account, along with any reasonable and lawful interest,

penalties, and extra fees, as needed, in order to satisfy this procedure. This may be ledgered against your Account Numbers indicated as best suits the needs of the US TREASURY.

Sincerely,

Kenyon McCall
1621 8th Avenue North
Bessemer, Alabama 35020
Non-Domestic without the US

## AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT

The undersigned Plaintiff, Kenyon McCall, hereinafter "Plaintiff", does solemnly affirm, declare and state as follows:

1.     Plaintiff is competent to state the matters set forth herein.

2.     Plaintiff has knowledge of the facts stated herein.

3.     All the facts herein are true, correct and complete, admissible as evidence and if called upon as a witness, Plaintiff will testify to their veracity.

**Plain Statement of Facts**

4.     There is no evidence that proves the respondents, do not have any knowledge about this legal liability situation involving the Plaintiffs and the Defendants, and the Plaintiff believes that no such evidence exists.

5.     There is no evidence that proves, the Plaintiff have consented to the city council vote, to allow New Life Interfaith Ministries, Inc business activity that has led to legal liability issues, injuries, public endangering private property destruction and Constitutional Law violations; or does not acknowledge Constitutional Law as being the highest court in the land, and the Plaintiff  believes that no such evidence exists.

6.     There is no evidence that proves Defendants New Life Interfaith Ministry Inc, did not enter into a contractual agreement between  2004 to 2014 with, members of the Defendants to legally represent (**Attorney Michael B. Odom, Esq. Haskell Slaughter**), to design (**Victor Fortinberry and Fortinberry Associates Architects, P.C.,**), to engineer (**Civil Engineer Ronald Gilbert**) and to construct (**Stabridg Construction**) their school Project located at 1622  7th Avenue Bessemer Alabama, and all parties used are not certified license professionals, and the Plaintiff believes that no such evidence exist.

7

7.  There is no evidence that proves, the Plaintiff have engaged in fraudulent or deceptive conduct which substantially interferes with the U.S. Constitution, the proper administration of International Building Laws, Bessemer City building codes or the enforcement of Bessemer City Bylaws, and the Plaintiff believes that no such evidence exists.

8.  There is no evidence that proves, Defendant Eugene Victor Fortinberry wasn't the New Life Interfaith Inc. school project Architect , Stabridg Construction didn't build the school project or Defendant City contracted agent Ronald Gilbert did not collaborate with Defendant Tod A. Green of Hill Engineering in the inspection and approval for the New Life school project storm water drainage system, to divert storm and service water away from the school; or that the two story building increased elevation doesn't increase the surface water from storms and maintenance  or the drainage system has malfunction in diverting storm water from the school building and no other engineers was used on the New Life Interfaith School project,  and the Plaintiff believes that no such evidence exist.

9.  There is no evidence that proves,  Defendant Ronald Gilbert is not the Bessemer City licensed Engineer, and lone building engineer used for the New life interfaith school project and was not under the direction of the Bessemer mayor's office, doesn't know about the school discharge situation  and was not compensated for his work, and the Plaintiff believes that no such evidence exists.

10. There is no evidence that  proves the Plaintiff  have conducted in fraudulent or deceptive conduct which substantially interferes with the proper administration of the Internal Revenue Laws or Law Enforcement and there is no evidence that the McCall's have prepared and filed complaints, and/or lawsuits for liabilities as a result of unreasonable and frivolous claims to any of the respondents and, thus, has engaged in conduct subject to penalty under 26 U.S.C. § 6694, and the Plaintiff believes that no such evidence exists.

11. There is no evidence that proves  the New Life school project, storm and service water has not drain consistently onto the Plaintiff private property since the school project construction in 06 until present , and has not caused real property damages, caused legal liabilities and hazardous conditions; or the school project building isn't directly across the alleyway with rear a access driveway directly parallel the Affiants property rear driveway, and the Plaintiff believes that no such evidence exists.

12. There is no evidence that proves, The Plaintiff Mother Vanessa McCall doesn't own the property located at 1621 8th Avenue North Bessemer Alabama, Plaintiff Kenyon McCall, does not live at the Bessemer resident as heir, isn't on disability and does not have living restrictions as a licensed doctor, and was not injured  living at the residents , after that status was placed on him, leaving him with bodily injures for

the rest of his life, due to a West Nile mosquito bite that cause a very serious stroke, hospital and therapy visits, after he complained about in August 2012 the to the Bessemer city council,  Bessemer Inspection Department and later Fox 6 News about storm water drainage and stagnant water next to the school and the Plaintiff believes that no such evidence exists.

13. There is no evidence that proves, Plaintiff Kenyon McCall has prepared and filed insurance claims, and/or amended tax returns, that understate any damages or tax liabilities as a result of willful attempts to understate insurance policies of the respondents, and/or reckless and/or intentional disregard of internal revenue laws and regulations and, thus, have engaged in conduct subject to penalty under 26 U.S.C. §6694, before August 1st, 2022 and the Plaintiff believes that no such evidence exists.

14. There is no evidence that proves all legal members of the respondents were not contracted to oversee in court or represent legal issues, concerning the Plaintiff Kenyon McCall , Robert Paden and New Life Interfaith Ministry Inc. and were compensated for their work, and the Plaintiff believes that no such evidence exists.

15. There is no evidence that proves Defendant New Life Ministries, Inc and its, affiliates haven't caused legal liability issues and damages and that Plaintiff Kenyon McCall wasn't arrested four times without be giving a Writ of habeas corpus and hasn't stood in court with allegations related to the New Life Interfaith school project and its functioning; faced his accusers in a timely trail or members of  the  Bessemer law enforcement  Defendants have not acted as liaisons on behalf of the city of Bessemer, in the investigation  and arrest procedure, and the Plaintiff believes that no such evidence exists.

16. There is no evidence that proves there are standard ADOT traffic control or safety devices in the alleyway the school project conducts much of its business, or loading zone indicators in the alleyway where children are very frequent and large delivery trucks are unloading, or in the neighborhood that's host New Life interfaith business activity and the Plaintiff  believes that no such evidence exists.

17. There is no evidence that proves the Plaintiff haven't suffered punitive and compensatory damages, and Plaintiff Kenyon McCall business, All Avenues Clothing Company, brand name hasn't been infringed upon and has not suffered compensatory damages and the Plaintiff believes that no such evidence exists.

18. There is no evidence that proves, Respondents Judges Eugene Verin and Annetta Verin didn't oversee civil court proceedings in CV 2010-534 and CV 2014-054, concerning this situation and in civil court 2014 -054 the Plaintiff Kentyon McCall brought forth claims due to reoccurring and non-alleviated torts, filed a default by judgement for failure of a timely response and was not awarded the case, and the Plaintiff believes that no such evidence exists.

19.    There is no evidence that proves that Plaintiff Kenyon McCall didn't appear before
       around 07-10-2012 and make complaints before Defendant Kenneth Gulley and the
       Bessemer city council; a meetings in which Plaintiff Kenyon McCall shows Kenneth
       Gulley and the Bessemer city council real time storm flooding from the school
       project and property damage on a laptop before he rudely walked out of the council
       meeting without explanation  when Plaintiff Kenyon McCall made mention of the
       fact ,city contracted agents have been and are being used illegally, and the Plaintiff
       believes that no such evidence exists.

20.    There is no evidence that proves that in 2022 Plaintiff Kenyon McCall, didn't contact
       defendant  Jarvis Collier about this situation, posted pictures of the actual storm-
       water run-off and damages to his property on Jarvis Collier public Facebook page,
       and requested assistance filing a grievance claim for damages with the City of
       Bessemer, Jarvis Collier initially responded , then  ignored Kenyon McCall with no
       follow up action and the Plaintiff  believes that no such evidence exists.

21.    There is no evidence that proves Plaintiff Kenyon McCall did not submit a
       professional estimate for land repair and storm water diversion for $28,000 from
       SHR Remodeling, LLC (301 4th St. No, Bessemer Alabama 35020) and personal
       property damage estimate in civil court cases, CV 2010-534 and CV-2014-054, and
       the Plaintiff believes no such evidence exist.

22.    There is no evidence that proves the Revised Adverse Effects Letter from defendant
       Tod A. Green of Hill Engineering to Ronald Gilbert does not state, the proposed
       drainage structure , if it is built as it is designed should not adversely affect the
       downstream properties, a detention basin has been designed to accommodate the
       additional runoff created by the site, the system is designed to discharge into an
       existing storm sewer system, and the proposed drainage structures were designed
       for a 25-year storm event, and the Plaintiff  believe no such evidence exists.

23.    There is no evidence that proves the New Life Interfaith Ministries Inc. school
       project storm-water drainage does not adversely affect downstream properties,
       there is a detention basin, or an existing storm sewer system in place behind the
       school project, and the storm-water drainage system, wasn't approved by
       Respondent Ronald Gilbert, and the Plaintiff  believe no such evidence exists.

24.    There is no evidence that proves the Plaintiff parents purchased the 1621 8th Ave No.
       property as a downstream property nor did it receive excessive storm-water
       discharge from any other property before the New Life Interfaith Ministries Inc.
       school project construction, and the Plaintiff believe no such evidence exists.

25.    There is no evidence that proves that the New Life school project unrestrained
       excessive storm-water discharge, has not caused a public endangering situation,
       environmental hazards such as excessive vegetation growth, excessive mosquitoes,
       erosion and is not a threat to human safety and well-being, and their isn't three

electrical service poles on the Plaintiff property and the Plaintiff believe no such evidence exists.

26.   There is no evidence that proves the business activities of New Life Interfaith Ministries Inc, does not attract excessive traffic, and that traffic from the project business activities does not frequently block the Plaintiff means of ingress and egress to his property, nor are there any ADOT standard traffic control signs or street markings indicating that their school and church buildings are on the Plaintiff block ,except small white rectangle school zone 9ft up on his electrical service pole in the middle of the alleyway, and the Plaintiff believe no such evidence exists.

27.   There is no evidence that proves that Plaintiff Kenyon McCall hasn't experienced several unwanted and unwarranted approaches from Bessemer Police officers in relation to the New Life Interfaith Ministries Inc. presence and business activities, nor does all law enforcement personnel listed as respondents nor does have any knowledge or participation in this situation and the Plaintiff believe no such evidence exists.

28.   There is no evidence that proves that Plaintiff Kenyon McCall  have waived their Constitutional rights or has consented to any New Life Interfaith Inc. business activities that led to their property destruction, legal issues, harassment, provoking, mental stress, pain and injuries, and the Plaintiff believe no such evidence exists.

29.   There is no evidence that proves that Plaintiff Kenyon McCall hasn't experienced verbal and physical provoking, been filmed and photographed on his property minding his own business, by employees, members and patrons of New Life Interfaith Ministries. Inc. as consenting, and the Plaintiff believe no such evidence exists.

30.   There is no evidence that proves that Plaintiff Kenyon McCall hasn't received physical and psychological injuries from New Life Interfaith Ministries Inc, school project presence in close proximity and business activities, and the Plaintiff believe no such evidence exists.

31.   There is no evidence that proves the Plaintiff has made any physical contact with or gone to any of the Respondents, New life Ministries Inc. patrons, members, employees or venders' homes for any reason, and the Plaintiff believe no such evidence exists.

32.   There is no evidence that proves the Plaintiff  Kenyon McCall hasn't been slandered and his reputation injured due to complaining and seeking justice for the Defendants torts, and the Plaintiff believe no such evidence exists.

33.   There is no evidence that proves the Plaintiff  Kenyon McCall isn't fearing for his life and lives in his home in a state of paranoia, due to the police and legal activities against his person and family, and the environmental hazardous conditions created

11

by the New Life Interfaith Ministries Inc. school project, and the Plaintiff believe no such evidence exists.

34.  There is no evidence that proves the Plaintiff Kenyon McCall hasn't kept unedited chronological cellphone video records and pictures since 2007 that are stored in the Google Pictures database, on YouTube and Facebook, of New Life Interfaith Ministries Inc. business activities, interactions with patrons, vendors, staff and storm water damages, recorded in real time, and the Plaintiff believe no such evidence exists.

35.  There is no evidence that proves the Plaintiff Kenyon McCall between 2007 and present day, hasn't made written and verbal complaints to certain members of the Respondents, Bessemer City Council, Bessemer Inspection Department, Bessemer Fire Department, The Alabama State Architect and Engineering Boards, FBI, Justice Department, ICE, U.S Marshalls, Fox 6 News, EPA, Jefferson County Environmental Services and Bar Association, seeking justice , relief, compensation, and alleviation from this situation and the Plaintiff believe no such evidence exists.

36.  There is no evidence that proves that waste materials and chemicals are not being swept onto the Plaintiff property from the New Life Interfaith school project that could cause injury to residents and has damaged property, due to the absence of a detention barrier, and the Plaintiff believe no such evidence exists.

37.  There is no evidence that proves the Plaintiff Kenyon McCall isn't disabled from a back injury and sustained additional permanent injuries due to a West Nile mosquito problem he complained to City of Bessemer and State Agencies about , living in exceptional hardship, hasn't been victimized, and the susceptibility of the school project facility and its context to flood damage and the effect of such damage on the individual owner and residents hasn't been overlooked and this situation isn't a conflict with existing local laws or ordinances, and the Plaintiff believes no such evidence exists.

38.  There is no evidence that proves that all the Defendants activities towards the Plaintiff has not been nuisances and a major financial burden to Kenyon and Vanessa McCall , and the Plaintiff Kenyon McCall have not been force to bear shame of New Life Ministries Inc, doing business in its current location, and the Plaintiff believes no such evidence exists.

39.  There is no evidence that proves that No Trespass hasn't been posted on the front on Plaintiff Kenyon McCall property in since 1992, the plaintiff parents didn't purchase the property in 1992 and didn't increase its value by over 400%, and the Plaintiff believes no such evidence exists.

40.  There is no evidence that proves Plaintiff Kenyon McCall do not have videos, pictures showing New Life Interfaith patrons parking cars and heavy construction on our property and a Bessemer police report against Stabridg Construction

company and New Life Interfaith Ministries Inc, for Trespass, and the Plaintiff believes no such evidence exists

41.     There is no evidence that proves the Plaintiff Kenyon McCall has enjoyed the full functional use of his property since 2006, the year construction began for the New Life Interfaith Ministries Inc, school project, due to the construction and operating of the school project and the Plaintiff believes no such evidence exists.

42.     There is no evidence that proves the Plaintiff Kenyon McCall did not submit a request for documentation under the Freedom of Information Act, to the Bessemer City Information Clerk and the Department of Inspections, and it was answered by Paden & Paden, P.C. with an Unlawful Detainer, stating that the City does not contract agents for hire Cc: Mr. Don Gaylor, and has filed charges against the Plaintiff after he mention the Bessemer city attorney role in this civil conspiracy and the Plaintiff believes no such evidence exists.

43.     There is no evidence that proves that affidavits on behalf of Kenneth Gulley, Ronald Gilbert, Victor Fortinberry, Stabridg Construction and George Matthews II were not submitted by their contracted attorneys, stating that they are aware of the situation and Ronald Gilbert Affidavit also states that he was under direction of the mayor's office and was compensated for his work, in Civil Court case #CV2010-534, and the Affidavits for Kenneth Gulley, Ronald Gilbert, George Matthews, and Victor Fortinberry are now missing from that court case, and the Plaintiff believes no such evidence exists.

44.     There is no evidence that proves any alleviation or compensation were provided to the Plaintiff for any issues concerning the New Life Interfaith Ministries Inc. school project, and the Plaintiff believes no evidence exists.

45.     There is no evidence that proves that Plaintiff Kenyon McCall did not fire court appointed attorney John Collins for Ineffective assistance of counsel, and the Plaintiff believes no such evidence exists.

46.     There is no evidence that proves Jennifer Kelly Wilson, Ph. D. Certified Forensic Examiner and Clinical Psychologist did not state Plaintiff Kenyon McCall was not fit to stand trial on his own behalf and suggest 90 day Clinical Detention under medication, after being cleared by Dr, Khan at Hillcrest Hospital and also knows about the flooding from a cellphone video but did not report the seen danger to proper authorities and is very aware of injuries to Plaintiff Kenyon McCall person and property, and the Plaintiff believes no such evidence exists.

47.     There is no evidence that proves Plaintiff Kenyon McCall hasn't posted over 50 videos in series on YouTube, entitled Balaam New Life Interfaith Invasion,made hundreds of Facebook post to verify a nuisance truth and has made hundreds post and comments on

Facebook expressing his displeasing of his treatment, demonstrating mental stress and outrage, attempting to draw federal monitor agencies attention, in hopes of an federal investigation into this situation real public endangering, Bessemer city codes violations and property destruction and the Plaintiff believes no such evidence exist.

48. There is no evidence that proves Plaintiff Kenyon McCall hasn't talked Doctors and his disability examiner about this situation, the stress, discomfort, medical restrictions violations it was causing, the infringement on his business and was informed on 07-29-2014 by Jane Pearson M.D. that the additional injuries he received from the West Nile mosquito infection caused permanent nerve damage and pain for the rest of his life and the Plaintiff believes no such evidence exists

49. There is no evidence that proves in 2007 through 2011 Defendant Ed May II didn't suggest the Plaintiff Kenyon McCall to withdraw two $150,000 Mechanics lien then withheld information related to this situation, given to him by Plaintiff Kenyon McCall and the Plaintiff and his mother weren't force to file Pro Se lawsuits because of statute of limitations and circle of referrals and the Plaintiff believes no such evidence exist.

50. There is no evidence that proves the Plaintiff didn't not make formal complaints via internet to the EPA website in January 2023, the New Life Interfaith Ministries, Inc project building storm water dangerous discharge, public endangering and property destruction, and the Plaintiff believe no such evidence exists.

51. There is no evidence that proves that a Grand Jury Trial involving Plaintiff Kenyon McCall wasn't conducted in Defendant Judge Lynneice Washington Court and the Jury selection did not involve former or present member(s) or patrons of New Life Interfaith Ministries, Inc., and the Plaintiff believe no such evidence exists.

52. There is no evidence that proves that any of the Defendants have showed up personally in court as accusers against the Plaintiffs except Kenneth Reese and the Plaintiff believe no such evidence exists.

53. There is no evidence that proves that the Jefferson County Sheriff Department did not conduct arrest against Plaintiff Kenyon McCall on behalf of Allegations from Robert Shannon Paden, processed per Kenneth Reese, and the Plaintiff believe no such evidence exists.

54. There is no evidence that proves that New Life Interfaith Ministries Inc, in 2022 it did not host a non-religious event for Sheriff Mark Pettway, and the Plaintiff believe no such evidence exists.

56. There is no evidence that proves that non-alleviated torts, do not renew themselves and are not subject to cause and effect, and the Plaintiff believe no such evidence exist

57.    There is no evidence that proves that Plaintiff  Kenyon McCall does not have Facebook Advertising Edutainment pages, and has not posted disclaimers, stating the pages are advertisings and entertainment purposes and also for public endangering warnings about flash flooding from the school project and traffic congestion the business activity causes and the Plaintiff believe no such evidence exist.

58.    There is no evidence that proves the Plaintiff  Kenyon McCall does not have over 10, 000 items for sale via his e-commerce website All Avenues Clothing Company Allavenuesclothing.com and 98% of his customers doesn't come as referrals from Facebook, hasn't made thousands of posts and does not have the potential to make millions in a very short time span and the Plaintiff believe no such evidence exist.

59.    There is no evidence that proves the Affiance Kenyon McCall grass roots free market social media advertisings does not experience cyberspace harassing, blocks from usage, and questionable flags from Facebook community standards monitoring and allegations that led to arrest and court trails are based from 5 Facebook post, 3 of the post mentioned perjury, post that were not flagged for any reason by Facebook monitoring for community standards violations and the Plaintiff  believe no such evidence exist.

60.    There is no evidence that proves the Bessemer city police department, its supervisors or officers prevented this conspiracy to deprive federally protected rights of the plaintiff or law enforcement Defendants, Slater, Price, Davenport, Reese , Roper and non-respondents  Danny Carr Jefferson County DA, Congresswoman Terri Sewell, former Attorney General Luther Strange , former Senator Doug Jones and the Alabama Bar Association do not have knowledge of this situation in part or wholly  and the Plaintiff believe no such evidence exist.

61.    There is no evidence that proves the the defendants torts were not premeditated ,intentional , and effect the entire 1600 block of 8th Avenue North Bessemer Alabama and they have abused their obligations to the State of Alabama and the Plaintiff believe no such evidence exist.

62.    There is no evidence that proves the Plaintiff family was not directed adversely  effected by the Defendants actions towards Plaintiff Kenyon McCall and the Plaintiff believes no such evidence exist.

63.    There is no evidence that proves the Plaintiff Kenyon McCall was evaluated by JBS Mental Health Authority by the same examiner Defendant Jennifer Wilson, twice ,with similar efforts to protect the state of Alabama from liability  issues brought up by Kenyon McCall about illegal conduct by Bessemer city contracted agents and the Plaintiffs believe no such evidence exist.

Alabama )

       ) Sworn and subscribed:

Jefferson County     )

**Commercial Affidavit Oath and Verification**

I, Kenyon McCall, under my unlimited liability and Commercial Oath, proceeding in good faith, being of sound mind, having first-hand knowledge, affirm, state, and declare that the facts contained herein are true, correct, complete and not misleading, under penalty of International Commercial Law, so help me, God.

Kenyon McCall,
ALL RIGHTS RESERVED

State of Alabama   )

       ) ss:

County of Jefferson )

**JURAT**

Subscribed and sworn to (or affirmed) before me on this _9_ day of _MARCH_ _2023_ by ___ Kenyon McCall

proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature

My commission expires:

PHYLISHA A THOMAS
My Commission Expires
December 9, 2026

16

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified, that on the date noted below, the undersigned Notary Public mailed to:

**GREGORY J. FAUKER**
**c/o U.S. DEPARTMENT OF JUSTICE**
**POST OFFICE BOX 7238**
**BEN FRANKLIN STATION**
**WASHINGTON, D.C. 20044**

hereinafter, "Recipient," the documents and sundry papers pertaining to the Recipient, regarding
CASE/ACCOUNT #_____ as follows:

1. **CONSTRUCTIVE NOTICE OF CONDITIONAL ACCEPTANCE**, issued by Kenyon McCall and dated **March 8, 2023** (3 pages);

2. **AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT**, issued by Kenyon McCall and dated March 8, 2023 (9 pages);

3. **PRE-OFFSET NOTICE FOR BALANCED BOOK ADJUSTMENT**, issued by Kenyon McCall and dated **March 8, 2023** (2 page);

4. **COMPLAINT FOR PERMANENT INJUNCTION AND OTHER RELIEF**, dated March 8, 2023 (3 pages);

5. **COMPLAINT FORM**, dated March 8, 2023 (7 pages);

6. **COMPLAINT FORM ATTACHMENTS**, dated March 8, 2023, 2023 (7 pages); and

7. reference copy of this **Notary's Certificate of Service** (1 page) (signed original on file),

a total of _____23_____ pages,

by Registered Mail No. RR_____ Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of Alabama.

_____          03/09/2023
NOTARY PUBLIC                                      DATE

My commission expires: December 9, 2026

PHYLISHA A THOMAS
(Seal) My Commission Expires
December 9, 2026

(Stamp)

17